[No. 2163-1.    Division One.    September 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RAY BYERS *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8092, Byron L. Swedberg, J., entered February 23, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and James, J.

[No. 1156-2.    Division Two.    September 26, 1974.]

THE CITY OF TACOMA, *Respondent*, v. DONALD W. BOURGAIZE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 43809, John D. Cochran, J., entered June 27, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2302-1.    Division One.    September 30, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN EKKELKAMP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 5502, Alfred O. Holte, J., entered May 11, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.

[No. 1452-2.    Division Two.    October 2, 1974.]

TIMOTHY BIDACHE *et al.*, *Petitioners*, v. DENNIS R. COLWELL, *Respondent*.

Certiorari to review a judgment of the Superior Court for Grays Harbor County, No. 5162, John W. Schumacher, J., entered April 30, 1974. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.